**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCANNER GUARD CORPORATION | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : |
| | : NO. 16-CV-0516 |
| EXCELSIS INVESTMENTS, INC., | : |
| ET. AL., | : |
| | : |
| Defendants | : |
| LICENSING SERVICES | : |
| INTERNATIONAL, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : |
| | : |
| EXCELSIS INVESTMENTS, INC., | : |
| ET. AL. | : |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this 13th day of November, 2017, upon consideration of the letter request of Defendants HD Group Enterprises LLC and Darin Dugenske to modify the current Scheduling Order, it is hereby ORDERED that the Scheduling Order in this matter is FINALLY AMENDED as follows:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by February 8, 2018.

2. Plaintiffs and the HDG Defendants have agreed that,

following the depositions currently scheduled for November 15 and 16, 2017 in this matter, the parties will engage in discussions aimed at resolving Plaintiffs' claims against the HDG Defendants. Accordingly, between November 17, 2017 and December 1, 2017 (the "Settlement Period"), Plaintiff and the HDG Defendants will focus on settlement and will not pursue other discovery or raise any discovery issues with the Court.

    3. If no resolution is reached during the Settlement Period, neither Plaintiffs nor the HDG Defendants will argue that the other has delayed pursuing discovery or in raising discovery issues with the Court.

    4. Any deadlines for responding to written discovery served between November 9 and 16, 2017 shall be extended by two weeks and any written discovery served during the Settlement period shall be deemed to have been served on December 2, 2017 for purposes of the response deadline.

    5. All trial exhibits shall be marked and exchanged on or before <u>February 22, 2018</u>.

    6. Plaintiffs shall identify and submit Curriculum Vitae for all expert witnesses on or before <u>February 15, 2018</u>.

    7. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Plaintiffs on all Defendants on or before <u>March 7, 2018</u>.

    8. Defendants shall identify and submit Curriculum Vitae for all expert witnesses on or before <u>February 15, 2018</u>.

9. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Defendants on Plaintiffs on or before April 4, 2018.

10. ALL DAUBERT MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT SHALL BE FILED NO LATER THAN MAY 23, 2018. The Parties are advised that hard, paper courtesy copies of all motions are required to be sent to Chambers on the same date that they are filed or electronically filed with the Office of the Clerk of Court.

11. The Parties shall prepare and file with the Clerk of Court their Joint Pretrial Memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1© and any and all motions in limine on or before June 6, 2018.

12. This case shall be placed in the Court's Trial Pool on June 20, 2018.

In all other respects, the terms and conditions of this Court's Prior Scheduling Orders shall remain and full force and effect.

IT IS FURTHER ORDERED that inasmuch as this is the Fourth Extension of Scheduling Order Deadlines, this Court shall entertain no further requests for extensions of time.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.